ALEX G. TSE (CABN 152348)
Acting United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
FAX: (415) 436-7009

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER MIROSHNICHENKO,<br><br>Defendant. | No.<br><br>COMPLAINT |

Now comes the United States of America, by and through its undersigned counsel, and complains and alleges as follows:

COUNT I

JURISDICTION AND VENUE

1. This is a civil action brought by the United States to reduce to judgment outstanding federal income tax assessments against defendant Alexander Miroshnichenko to judgment.

2. This action is commenced pursuant to Sections 7401 and 7402 of the Internal Revenue Code of 1986, at the direction of the Attorney General of the United States, with the authorization and sanction and at the request of the Division Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

3. Jurisdiction over this action is conferred upon this Court by Title 28, United States Code, Sections 1340 and 1345, and under Section 7402(a) of the Internal Revenue Code of 1986.

4. Pursuant to Title 28, United States Code, Sections 1391 and 1396, venue is proper in the Northern District of California because the subject property is located within this judicial district.

## COUNT II

## IDENTIFICATION OF DEFENDANT

5. Defendant Alexander Miroshnichenko currently resides in Los Altos, California, in the Northern District of California.

## COUNT III

## REDUCE ASSESSMENTS TO JUDGMENT

6. The United States re-alleges the allegations in paragraphs 1 through 5 above, as if fully set forth herein.

7. A delegate of the Secretary of the Treasury made assessments against defendant Alexander Miroshnichenko for unpaid federal income taxes, penalties, and interest and there remain unpaid balances on the assessments as set forth below:

| KIND OF TAX/PENALTY | TAX YEAR | ASSESSMENT DATE | UNPAID ASSESSED BALANCE AS OF 09/21/2017* |
|---|---|---|---|
| Form 1040 | 2005 | 07/14/2008 | $   610,230.30 |
| Form 1040 | 2006 | 07/18/2011 | $1,181,072.29 |
| Form 1040 | 2008 | 08/29/2011 | $   355,971.83 |
| Form 1040 | 2009 | 10/22/2012 | $   146,866.09 |
| Form 1040 | 2010 | 12/08/2014 | $       3,908.32 |
| Form 1040 | 2011 | 12/08/2014 | $       3,191.74 |

- Includes unpaid assessed balances and unassessed but accrued penalties and interest, minus any credits.

8. Despite timely notice and demand for payment of the federal income taxes, penalties, and interest described in paragraph 7 above, defendant has neglected, failed, or refused to pay those taxes, penalties, and interest described in paragraph 7 above, and there remains due and owing as of September 21, 2017, the sum of $2,301,260.57, which includes the unpaid balance of the assessments plus unassessed but accrued penalties and interest as provided by law, minus any credits.

WHEREFORE, the plaintiff, United States of America, prays for the following relief:

1. That this Court determine and adjudge that defendant Alexander Miroshnichenko is

Complaint                                                                 2

personally liable to the United States for unpaid federal income taxes for tax years 2005, 2006, 2008, 2009, 2010, and 2011, in the amount of $2,301,260.57, which includes the unpaid balance of the assessments plus unassessed penalties and interest as provided by law, that have accrued and continue to accrue, minus any credits from September 21, 2017, until fully paid; that a judgment in that amount, plus interest and statutory additions from September 21, 2017, be entered against defendant and in favor of the United States of America;

2. That the United States be granted its costs and attorneys' fees; and,

3. For such other and further relief as is just and proper.

Respectfully submitted,

ALEX G. TSE
United States Attorney

THOMAS MOORE
Assistant United States Attorney
Tax Division

JS-CAND 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERCIA

### DEFENDANTS
ALEXANDER MIROSHNICHENKO

**(b)** County of Residence of First Listed Plaintiff: 
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Santa Clara County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
THOMAS MOORE, AUSA, TAX DIVISION
450 Golden Gate Ave., 11th Floor, Box 36055
San Francisco, CA, 94102, tel: 415-436-7017

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 840 Trademark | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **LABOR** | **SOCIAL SECURITY** | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 720 Labor/Management Relations | 862 Black Lung (923) | 480 Consumer Credit |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 740 Railway Labor Act | 863 DIWC/DIWW (405(g)) | 490 Cable/Sat TV |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 864 SSID Title XVI | 850 Securities/Commodities/ Exchange |
| 196 Franchise | | 790 Other Labor Litigation | 865 RSI (405(g)) | 890 Other Statutory Actions |
| | | 791 Employee Retirement Income Security Act | | 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 871 IRS–Third Party 26 USC § 7609 | 896 Arbitration |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 445 Amer. w/Disabilities– Employment / 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities– Other / **Other:** / 540 Mandamus & Other | 462 Naturalization Application | | |
| | 448 Education / 550 Civil Rights | 465 Other Immigration Actions | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[ ] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation–Transfer
[ ] 8 Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. Sec. 7401 and 7402

Brief description of cause:
Reduce To Judgment

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [X] No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:
JUDGE:
DOCKET NUMBER:

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*
[ ] SAN FRANCISCO/OAKLAND   [X] SAN JOSE   [ ] EUREKA-MCKINLEYVILLE

DATE: 3/13/18

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*