ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    Fax: (415) 436-6570
    Email:  Shining.Hsu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDER MIROSHNICHENKO,<br><br>    Defendant,<br>─────────────────────────<br>ACRONIS INTERNATIONAL GMBH,<br><br>    Garnishee. | CASE NO.  5:18-CV-01584-EJD<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**<br><br>**(WAGE GARNISHMENT)** |

    Upon consideration of the United States' Application for Writ of Continuing Garnishment and for good cause shown,

    **IT IS HEREBY ORDERED** that the United States' Application for Writ of Continuing Garnishment is granted.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall issue a Writ of Continuing Garnishment to Acronis International GmbH, as Garnishee, for the purpose of garnishing property

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
Case No:  5:18-CV-01584-EJD

(including nonexempt disposable earnings) in which Alexander Miroshnichenko ("Defendant") has a substantial nonexempt interest, in order to satisfy the judgment entered against him in the above-captioned case against Defendant.

**IT IS SO ORDERED**.

Dated:  April 19, 2023

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE