ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7022
     Fax: (415) 436-6570
     Email:  Shining.Hsu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>ALEXANDER MIROSHNICHENKO,<br><br>    Defendant,<br><br>————————————————<br><br>ACRONIS INTERNATIONAL GMBH,<br><br>    Garnishee. | CASE NO.   5:18-CV-01584-EJD<br><br>**WRIT OF CONTINUING GARNISHMENT**<br><br>**(WAGE GARNISHMENT)** |

TO:   Acronis International GmbH
      Attn: Jennifer Green, Payroll Specialist
      1 Van de Graaff Drive, Suite 301
      Burlington, MA, 01803

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

WRIT OF CONTINUING GARNISHMENT
Case No:  5:18-CV-01584-EJD

1

1    The name, last known address, and last four digits of the social security number of the person

2 who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this

3 Writ are as follows:

4         Alexander Miroshnichenko
          701 Arroyo Road
5         Los Altos, CA 94024
          Social Security Number (last four digits):  XXX-XX-2106
6

7    This Writ has been issued at the request of the United States of America to enforce the collection

8 of a civil judgment entered in favor of the United States against the defendant for a debt in the original

9 amount of $2,301,240.57.  As of March 24, 2023, there is a balance due of approximately $2,830,331.29

10 plus interest.  The United States is entitled to recover a surcharge of ten percent (10%) of the amount of

11 the balance ($283,033.13) pursuant to 28 U.S.C. § 3011(a). Thus, the total amount sought by this action

12 is $3,113,364.42.

13    The following are the steps that you must take to comply with this Writ.  If you have any

14 questions, you should consult with your attorney.

15    1.    Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession

16 any property of the defendant (including nonexempt disposable earnings from his wages, salary,

17 commissions or bonuses) in which the defendant has a substantial nonexempt interest, or if you obtain

18 custody, control, or possession of such property while this Writ is in effect, you must immediately

19 withhold such property from the defendant and retain it in your possession until you receive instructions

20 from the Court which will tell you what to do with the property.  With respect to the defendant's wages,

21 salary, commissions or bonuses; you must withhold twenty-five percent (25%) of such amount(s) after

22 all deductions required by law have been withheld.  See 28 U.S.C. § § 3205(a) and 3002(9).

23    2.    Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within **10**

24 **days** after service of this Writ upon you.  You must answer the Writ even if you do not have in your

25 custody, control, or possession, any property of the defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your

26 answer must state, under oath, the following information:

27 //

28

WRIT OF CONTINUING GARNISHMENT
Case No:  5:18-CV-01584-EJD

a.      Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

b.      a description of such property and the value of such property;

c.      a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

d.      the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

3.      After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), **within ten (10)** days after service of this Writ upon you, you must **mail or deliver** the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

Clerk, United States District Court
280 South First Street, Room 2112
San Jose, CA 95113

At the same time you mail or deliver the original answer to the Court, you must also **mail or deliver** a copy of the original answer to both the defendant and attorney for the United States at the following respective addresses:

Alexander Miroshnichenko
701 Arroyo Road
Los Altos, CA 94024

Shining J. Hsu
Assistant U.S. Attorney
450 Golden Gate Avenue, 9th Floor
P.O. Box 36055
San Francisco, CA 94102

Please note that the attached answer form contains a **certificate of service** which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

WRIT OF CONTINUING GARNISHMENT
Case No:  5:18-CV-01584-EJD

1   **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN**

2   **ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT**

3   **FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE**

4   **WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE**

5   **THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO**

6   **SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT**

7   **WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S**

8   **NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE**

9   **EARNINGS).  THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO**

10  **THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN**

11  **THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION**

12  **REQUIRING YOU TO APPEAR.**

13

14                                         MARK B. BUSBY,
                                           Clerk of Court
15                                         United States District Court
                                           for the Northern District of California
16

17

18  Dated: ___4/19/2023_____        By: _Susie F. Barrera_____
                                               Deputy Clerk
19

20

21

22

23

24

25

26

27

28

WRIT OF CONTINUING GARNISHMENT
Case No:  5:18-CV-01584-EJD

4